7, 1911.) Action by Cornelius J. Lynch against the Richmond Light & Railroad Company.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

BURR, J., dissents.

———

MacARTHUR, Appellant, v. MacARTHUR, Respondent. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Mary Ann MacArthur against James MacArthur. No opinion. Order affirmed, with $10 costs and disbursements.

———

McAULEY v. LYTTLE. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Michael J. McAuley against Samuel Lyttle. No opinion. Motion denied, with $10 costs. Order filed. See, also, 70 Misc. Rep. 223, 126 N. Y. Supp. 408.

———

McCABE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Felix McCabe against the New York Central & Hudson River Railroad Company.

PER CURIAM. We think that the question upon which this reargument was ordered does not affect the original result. Judgment reversed on reargument, and new trial granted; costs to abide the event. See, also, 139 App. Div. 698, 124 N. Y. Supp. 652; 127 N. Y. Supp. 1130.

HIRSCHBERG, J., dissents.

———

McCALDIN BROS. CO., Respondent, v. PAIN MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by the McCaldin Bros. Company against the Pain Manufacturing Company.

PER CURIAM. Order modified, by imposing as a condition of the amendment that plaintiff pay all costs and disbursements to date of order, to be taxed, together with $10 costs of the motion, and, as modified, affirmed, with costs of this appeal to appellant.

———

McCARGO v. JERGENS et al. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Payton R. McCargo against Andrew Jergens and others. R. M. Lowes, for appellant. E. W. Tyler, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 135 App. Div. 921, 120 N. Y. Supp. 1133.

———

McCARTNEY, Respondent, v. FARLEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 22, 1911.) Action by William McCartney against Joseph Farley. No opinion. Judgment affirmed, with costs.

———

McCLUNE, Appellant, v. CITY OF ALBANY, Respondent. (Supreme Court, Appellate Division, Third Department. March 23, 1911.) Action by Mary McClune against the City of Albany. No opinion. Interlocutory judgment affirmed, with costs, with leave to plaintiff to amend complaint upon payment of costs of the demurrer and of this appeal, upon the authority of Vaughan v. City of Troy, 139 App. Div. 924, 124 N. Y. Supp. 1133.

———

McINTOSH, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action by Elizabeth McIntosh against the City of New York. H. Crone, for appellant. J. J. Welch, for respondent.

PER CURIAM. Judgment and orders affirmed, with costs. Order filed.

CLARKE and SCOTT, JJ., dissent.

———

McLAUGHLIN, Respondent, v. McLAUGHLIN, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Celia B. McLaughlin against Michael L. McLaughlin. No opinion. Appeal dismissed on argument, with $10 costs and disbursements.

———

McMAHON, Respondent, v. GLASS, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by David J. McMahon against James Glass, Jr. No opinion. Judgment of the County Court of Westchester county affirmed, with costs.

———

McMATH et al., Respondents, v. FORBES et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 29, 1911.) Action by Morrison H. McMath and another, as administrators, etc., against Stella R. Forbes and another.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to strike case from calendar granted.

McLENNAN, P. J., and WILLIAMS, J., dissent.

———

McNICHOLAS, Appellant, v. MEADE, Respondent. (Supreme Court, Appellate Division, First Department, March 24, 1911.) Action by Mary McNicholas against Thomas Meade. G. Robinson, for appellant. E. Rosenberg, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

———

In re McNULTY et al. (Supreme Court, Appellate Division, First Department. April 13, 1911.) In the matter of John McNulty and others, infants, etc. No opinion. Order (68 Misc. Rep. 93, 123 N. Y. Supp. 1070) affirmed, with $10 costs and disbursements. Order filed.

———

MADDEN, Appellant, v. GASTON, Respondent. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action by Charlotte F. Madden against George H. Gaston, as executor. J. M. Goodale, for appellant. G. J. Sproull, for respondent. No opinion

Judgment and order affirmed, with costs. Order filed. See, also, 137 App. Div. 294, 121 N. Y. Supp. 951.

---

MADIGAN, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 17, 1911.) Action by James Madigan, as administrator, etc., of Helen R. Madigan, deceased, against the Long Island Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

MAESER, Respondent, v. JACOB DOLD PACKING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by John Maeser against the Jacob Dold Packing Company. No opinion. Judgment and order affirmed, with costs.

---

MAESER, Respondent, v. JACOB DOLD PACKING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 31, 1911.) Action by John Maeser against the Jacob Dold Packing Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, supra.

---

MAHONEY v. FULLERTON WEAVER REALTY CO. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Robert J. Mahoney against the Fullerton Weaver Realty Company. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed.

---

In re MANHATTAN BRIDGE IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) In the matter of the application of the City of New York relative to acquiring title, etc., to lands for approach to Manhattan Bridge (Bridge No. 3), in the Fourth, Fifth, and Eleventh Wards, Borough of Brooklyn, City of New York; Christine Camichel, petitioner. No opinion. Motion to confirm report of referee granted. See, also, 127 N. Y. Supp. 1131.

---

In re MANHATTAN BRIDGE TERMINAL IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) In the matter of the application of the City of New York relative to acquiring title, etc., to lands, for a plaza at the Manhattan Bridge Terminal, etc.; Meier Steinbrink, as substituted trustee, etc., petitioner. No opinion. Motion granted, and reference ordered to Joseph P. Conway, Esq.

---

MANNING, Respondent, v. PIERSON et al., Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action by Ellen C. Manning against J. Fred Pierson and others. M. Hare, for appellants. M.

G. Kenney, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

MARSDEN v. HOLDEN. (Supreme Court, Appellate Division, First Department. April 21, 1911.) Appeal from Trial Term, New York County. Action by Algernon M. Marsden against Edward R. Holden. From a judgment for plaintiff, and an order denying a new trial, defendant appeals. Reversed, and new trial ordered. Robert J. Fox, for appellant. Colin W. MacLennan, for respondent.

PER CURIAM. The judgment and order appealed from should be reversed, and a new trial ordered, with costs to appellant to abide the event, upon the ground that the verdict is against the weight of evidence.

---

MARTINEZ, Respondent, v. FILM IMPORT & TRADING CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Albert Martinez against the Film Import & Trading Company. No opinion. Judgment modified, by striking out the provision for extra allowance, and, as thus modified, affirmed, without costs. See, also, 139 App. Div. 937, 124 N. Y. Supp. 1121.

---

MASON et al., Respondents, v. FROMME, Appellant. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Julien J. Mason and others against Herman Fromme. C. Devereux, for appellant. J. S. Johnson, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 140 App. Div. 912, 125 N. Y. Supp. 1130.

---

MASON et al. v. FROMME. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Julien J. Mason and others against Herman Fromme. No opinion. Motion for stay denied, with $10 costs. Order filed. See, also, 140 App. Div. 912, 125 N. Y. Supp. 1130.

---

MAYNARD, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1911.) Action by Rachel Maynard against the Rochester Railway Company. No opinion. Motion to amend decision (136 App. Div. 212, 120 N. Y. Supp. 917) denied.

---

MEISEL v. MOUNTSHANNON REALTY CO. et al. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Insa R. Meisel against the Mountshannon Realty Company et al. A. W. Meisel, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

MENDELL, Respondent, v. D'ESTERRE, Appellant. (Supreme Court, Appellate Division Second Department. March 24, 1911.) Action by Wilson R. Mendell against Louis D'Esterre. No opinion. Order affirmed on argument, with $10 costs and disbursements.